Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN DELGADO, et al.<br><br>Defendants. | CASE NO. 1:12-cv-01945-LJO-SKO<br><br>PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE; AND ORDER |

TO THE HONORABLE SHEILA K. OBERTO ARMSTRONG, THE PARTIES AND THEIR ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Initial Scheduling Conference in this action, presently set for Tuesday, April 9, 2013 at 10:15 AM to a new date approximately thirty (30) to forty-five (45) days forward.  This request is necessitated by the fact that the Defendant Martin Delgado has not yet answered Plaintiff's Complaint (despite service of suit papers[1]).

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendants.  As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Initial Scheduling Conference Statement.

---

[1] Plaintiff is informed and believes that defendant Martin Delgado has been served on or about March 5, 2013.

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. 1:12-cv-01945-LJO-SKO PAGE  PAGE 1**

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference presently scheduled for Tuesday, April 9, 2013 to a new date approximately thirty (30) to forty-five (45) days forward.

Respectfully submitted,

Dated: March 20, 2013              */s/ Thomas P. Riley*
                                   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                   By: Thomas P. Riley
                                   Attorneys for Plaintiff
                                   J & J Sports Productions, Inc.

///
///
///
///
///

///
///
///
///
///
///

///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. 1:12-cv-01945-LJO-SKO PAGE  PAGE 1**

# ORDER

It is hereby ordered that the Initial Scheduling Conference in civil action number 1:12-cv-01945-LJO-SKO, *J & J Sports Productions, Inc. v. Martin Delgado, et al*., presently set for April 9, 2013, is hereby vacated and RESET for June 11, 2013, at 9:45 a.m.

Plaintiff shall serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:  **March 27, 2013**              **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE