1  **Thomas P. Riley, SBN 194706**
   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
2  **First Library Square**
   **1114 Fremont Avenue**
3  **South Pasadena, CA 91030-3227**

4  **Tel:  626-799-9797**
   **Fax: 626-799-9795**
5  **TPRLAW@att.net**

6  **Attorneys for Plaintiff**
   **J & J Sports Productions, Inc.**
7

8              **UNITED STATES DISTRICT COURT**
               **EASTERN DISTRICT OF CALIFORNIA**
9

10  **J & J Sports Productions, Inc.**          **CASE NO. 1:12-cv-01945-LJO-SKO**

11                  **Plaintiff,**               **STIPULATION OF DISMISSAL OF**
                                                  **PLAINTIFF'S COMPLAINT AGAINST**
12                                                **DEFENDANT MARTIN DELGADO,**
            **vs.**                               **individually and d/b/a CATNICERIA Y**
13                                                **TAQUERIA**
    **Martin Delgado, et al.,**
14

15                  **Defendant.**

16

17          **IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS,

18  INC. and Defendant MARTIN DELGADO, individually and d/b/a CATNICERIA Y TAQUERIA,

19  that the above-entitled action is hereby dismissed **without prejudice** against MARTIN DELGADO,

20  individually and d/b/a CATNICERIA Y TAQUERIA and subject to the Court's jurisdiction to enforce

21  the settlement agreement reached between the Parties.

22          **IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a

23  motion to reopen this action by September 3, 2013, the dismissal shall be deemed to be **with**

24  **prejudice**.

25  ///

26  ///

27  ///

28

    **STIPULATION OF DISMISSAL**
    **Case No. 1:12-cv-01945-LJO-SKO**
    **PAGE 1**

1         This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).   Each Party

2    referenced-above shall bear its own attorneys' fees and costs.

3

4

5    Dated:

          **LAW OFFICES OF THOMAS P. RILEY, P.C.**

6              By: Thomas P. Riley, Esquire

          Attorneys for Plaintiff

7              J & J SPORTS PRODUCTIONS, INC.

8

9

10

11   Dated:

          **ERISA LAW GROUP, LLP**

12             By: Thornton L. Davidson, Esquire

          Attorneys for Defendant

13             MARTIN DELGADO, individually and d/b/a CATNICERIA Y

          TAQUERIA DON CHUY

14

15        This Court DISMISSES this action pursuant to the parties' stipulation and DIRECTS the clerk

16   to close this action.

17

18   IT IS SO ORDERED.

19

20      Dated:  __**August 30, 2013**__        __**/s/ Lawrence J. O'Neill**__

                                       UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28